**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HOWARD COHAN<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON NORTHSHORE HOTEL PARTNERS, LLC,<br><br>an Illinois limited liability company,<br><br>Defendant. | ) | Case No. 1:22-cv-7363<br><br>Honorable Jorge L. Alonso |

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff hereby notifies the Court that the Parties have agreed in principle to settle the above-captioned matter. The Parties respectfully request that all upcoming deadlines and hearings, including, but not limited to, the April 28, 2023 deadline to serve Defendant and the Status Hearing set for May 2, 2023, be adjourned for twenty-one (21) days while Counsel for the Parties finalize a Settlement Agreement and Stipulation of Dismissal.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears

Angela C. Spears (IL Bar #: 6327770)
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: April 4, 2023