**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HOWARD COHAN<br><br>Plaintiff,<br><br>v.<br><br>EVANSTON NORTHSHORE HOTEL PARTNERS, LLC,<br><br>an Illinois limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:22-cv-7363<br><br>Honorable Jorge L. Alonso |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EVANSTON NORTHSHORE HOTEL PARTNERS, LLC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE**

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant Evanston Northshore Hotel Partners, LLC. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears

Angela C. Spears (IL Bar #: 6327770)
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: June 13, 2023